| | |
|---|---|
| Debtor 1 | Jason Dwayne Marsh |
| Debtor 2 (Spouse, if filing) | Julie Lynn Marsh |
| United States Bankruptcy Court for the: Southern District of Ohio (Cincinnati) | |
| Case number | 16-12573 |

Official Form 410S1

# Notice of Mortgage Payment Change

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of Creditor:** Wells Fargo Bank, NA  
**Last 4 digits** of any number you use to identify the debtor's account: 8551

**Court claim no.** (if known): 1

**Date of payment change:** Must be at least 21 days after date of this notice   04/01/2017  
**New total payment:** Principal, interest, and escrow, if any   $1,863.86

**Uniform Claim Identifier:** WFCMGF1612573OHS17768551

### Part 1: Escrow Account Payment Adjustment

**1. Will there be a change in the debtor's escrow account payment?**

☐ No

☑ Yes   Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law.
Describe the basis for the change. If a statement is not attached, explain why:

Current escrow payment:   $585.15        New escrow payment:   $582.76

### Part 2: Mortgage Payment Adjustment

**2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**

☑ No

☐ Yes   Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law.
If a notice is not attached, explain why:

Current interest rate:                New interest rate:
Current principal and interest payment:           New principal and interest payment:

### Part 3: Other Payment Change

**3. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☑ No

☐ Yes   Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

Reason for change:

Current mortgage payment:                New mortgage payment:

The CM/ECF system imposes certain constraints, including limits on the number of characters that may be entered into certain fields, when filing a proof of claim. As a result of these constraints and limitations, the creditor name that appears on the bankruptcy court's claims register (and any supplemental proof of claim) may differ from the creditor name that appears on the actual proof of claim form.

### Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box:

☑ I am the creditor.

☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

✗ /s/ Teosa Lee Peterson            Date  03/04/2017
VP Loan Documentation

Print: Teosa Lee Peterson            Title   VP Loan Documentation

Company   Wells Fargo Bank, N.A./Wells Fargo Home Mortgage            Specific Contact Information:
Address    MAC N9286-01Y                                               P: 800-274-7025
           1000 Blue Gentian Road                                      E: NoticeOfPaymentChangeInquiries@wellsfargo.com
           Eagan, MN 55121-7700

# UNITED STATES BANKRUPTCY COURT

Southern District of Ohio (Cincinnati)

Chapter 13 No. 16-12573

In re: Judge: Jeffery P. Hopkins

Jason Dwayne Marsh and Julie Lynn Marsh

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that on or before March 06, 2017, I served a copy of this Notice and all attachments upon each of the entities named below by the court's notice of electronic filing or by placing a copy thereof in an envelope, in the United States Mail with first class mail postage prepaid, addressed to each of them as follows:

Debtor: By U.S. Postal Service First Class Mail Postage Prepaid:

Jason Dwayne Marsh
Julie Lynn Marsh
7229 Austin Woods Lane
Cincinnati, OH 45227

Debtor's Attorney: By U.S. Postal Service First Class Mail Postage Prepaid:

Eric A Steiden
Steiden Law Offices
411 Madison Avenue
Covington, KY 41011

Trustee: By U.S. Postal Service First Class Mail Postage Prepaid:

Margaret A Burks
600 Vine Street
Suite 2200
Cincinnati, OH 45202

/s/ Alicia Fisher

4 S Technologies, LLC
(as authorized agent for Wells Fargo Bank, N.A./Wells Fargo Home Mortgage)

1534

**WELLS FARGO HOME MORTGAGE**

**Return Mail Operations**
PO Box 14547
Des Moines, IA 50306-4547

**Escrow Review Statement**
*For informational purposes only*

**Statement Date:** February 7, 2017
**Loan number:**
**Property address:**
   7229 AUSTIN WOODS LANE
   COLERAIN OH 45247

JASON MARSH
JULIE MARSH
7229 AUSTIN WOODS LN
CINCINNATI OH 45247-1301

**Customer Service**

 **Online**
wellsfargo.com

**Telephone**
1-800-340-0473

 **Correspondence**
PO Box 10335
Des Moines, IA 50306

**Hours of operation**
Mon - Fri 7 a.m. - 8 p.m. CT

**To learn more, go to:**
wellsfargo.com/escrow

We accept telecommunications relay service calls

---

*PLEASE NOTE: If you are presently seeking relief (or have previously been granted relief) under the United States Bankruptcy Code, this statement is being sent to you for informational purposes only. The summaries below are based on the terms of the loan and are provided for informational purposes only.*

Because the amounts billed for the escrow items can change over time, we review the escrow account to ensure there will be enough money to make these payments. Once the review is complete, we send the escrow review statement, also known as the escrow account disclosure statement.

Here's what we found:

- **Required minimum balance**: The escrow account balance is projected to be above the required minimum balance. This means there is an **overage**.

- **Future payments**: Based on what we expect to pay, as of April 1, 2017, the escrow portion of the payment will **decrease**.

**The escrow account has an overage of $26.25**

## Part 1 - Mortgage payment

**New Payment** — The new total payment will be $1,863.86

|  | Current payment | New payment |
|---|---|---|
| **Principal and/or interest** | $1,281.10 | $1,281.10 |
| **Escrow payment** | $585.15 | $582.76 |
| **Total payment amount** | $1,866.25 | $1,863.86 |

Note: If this is an adjustable rate mortgage (ARM), a separate notice will be sent before the payment is scheduled to change.

**No action required**

Starting **April 1, 2017** the new contractual payment amount will be **$1,863.86**

See Page 2 for additional details.

## Part 2 - Payment calculations

For the past review period, the amount of the escrow items was $3,031.19. For the coming year, we expect the amount paid from escrow to be $6,993.07.

### How was the escrow payment calculated?
To determine the escrow payment, we add the projected escrow items to be paid over the next 12 months. We base these projected amounts on any escrow items that may have been paid in the past and any future anticipated payments to be made. We then divide the total amount by 12 payments to determine the escrow amount.

The chart below includes any actual escrow disbursements as well as any shortage that may have been identified for the past three analysis periods.

### Escrow comparison

|  | 10/14 - 09/15 (Actual) | 10/15 - 09/16 (Actual) | 08/16 - 02/17 (Actual) | 04/17 - 03/18 (Projected) |  | # of months |  | New monthly escrow amount |
|---|---|---|---|---|---|---|---|---|
| Property taxes | $6,013.19 | $6,003.08 | $3,031.19 | $5,974.44 | ÷ | 12 | = | $497.87 |
| Property insurance | $953.24 | $1,018.63 | $0.00 | $1,018.63 | ÷ | 12 | = | $84.89 |
| Total taxes and insurance | $6,966.43 | $7,021.71 | $3,031.19 | $6,993.07 | ÷ | 12 | = | $582.76 |
| Escrow shortage | $0.00 | $1,976.07 | $0.00 | $0.00 |  |  |  |  |
| Total escrow | $6,966.43 | $8,997.78 | $3,031.19 | $6,993.07 |  |  |  | $582.76 |

### Projected escrow account activity over the next 12 months
To determine if there will be a shortage or overage in the account, we calculate whether the amount of the lowest projected escrow balance will be greater or less than the required minimum balance. This is determined by subtracting the required minimum balance from the lowest projected balance. If the outcome is positive, there is an overage. If it is negative, there is a shortage. The calculation is below:

| | | |
|---|---|---|
| Lowest projected escrow balance  June, 2017 | $483.05 | (Calculated in Part 3 - Escrow account projections table) |
| Bankruptcy adjustment‡   + | $708.72 | |
| Minimum balance for the escrow account†   − | $1,165.52 | (Calculated as: $582.76  X 2 months) |
| **Escrow overage**   = | $26.25 | |

‡This adjustment of $708.72, is the remaining amount of the pre-petition escrow shortage included in our proof of claim being paid through the confirmed bankruptcy plan.

†The minimum balance includes a cash reserve to help cover any increase in taxes and/or insurance. To calculate the cash reserve for the escrow account, we add up the total of the yearly escrow payments, and divide by 12. We take this amount and multiply it by 2 as allowed by state laws and/or the mortgage contract to determine the cash reserve.

### Important messages
Wells Fargo is changing the way we handle escrow overage/surplus amounts. Previously, checks were sent to refund overages $50.00 or greater, while lesser amounts simply reduced a future payment. As of June 1, 2016, checks will be sent for all refunds, regardless of amount. To learn more about escrow accounts, visit wellsfargo.com/escrow.

## Part 3 - Escrow account projections

### Escrow account projections from April, 2017 to March, 2018

| Date | Payments to escrow | What we expect to pay out | Description | Projected escrow balance | Balance required in the account |
|---|---|---|---|---|---|
| Mar 2017 | | | Starting balance | $1,678.02 | $2,360.49 |
| Apr 2017 | $582.76 | $0.00 | | $2,260.78 | $2,943.25 |
| May 2017 | $582.76 | $0.00 | | $2,843.54 | $3,526.01 |
| Jun 2017 | $582.76 | $2,943.25 | HAMILTON COUNTY (W) | $483.05 | $1,165.52 |
| Jul 2017 | $582.76 | $0.00 | | $1,065.81 | $1,748.28 |
| Aug 2017 | $582.76 | $0.00 | | $1,648.57 | $2,331.04 |
| Sep 2017 | $582.76 | $0.00 | | $2,231.33 | $2,913.80 |
| Oct 2017 | $582.76 | $0.00 | | $2,814.09 | $3,496.56 |
| Nov 2017 | $582.76 | $0.00 | | $3,396.85 | $4,079.32 |
| Dec 2017 | $582.76 | $0.00 | | $3,979.61 | $4,662.08 |
| Jan 2018 | $582.76 | $3,031.19 | HAMILTON COUNTY (W) | $1,531.18 | $2,213.65 |
| Feb 2018 | $582.76 | $0.00 | | $2,113.94 | $2,796.41 |
| Mar 2018 | $582.76 | $1,018.63 | ALLSTATE INSURANCE | $1,678.07 | $2,360.54 |
| Totals | $6,993.12 | $6,993.07 | | | |

## Part 4 - Escrow account history

### Escrow account activity from August, 2016 to March, 2017

| Date | Deposits to escrow | | | Payments from escrow | | | Description | Escrow balance | | |
| | Actual | Projected | Difference | Actual | Projected | Difference | | Actual | Projected | Difference |
|---|---|---|---|---|---|---|---|---|---|---|
| Aug 2016 | | | | | | | Starting Balance | $475.81 | $1,755.36 | -$1,279.55 |
| Aug 2016 | $570.83 | $585.15 | -$14.32 | $0.00 | $0.00 | $0.00 | | $1,046.64 | $2,340.51 | -$1,293.87 |
| Sep 2016 | $1,170.30 | $585.15 | $585.15 | $0.00 | $0.00 | $0.00 | | $2,216.94 | $2,925.66 | -$708.72 |
| Oct 2016 | $585.15 | $585.15 | $0.00 | $0.00 | $0.00 | $0.00 | | $2,802.09 | $3,510.81 | -$708.72 |
| Nov 2016 | $1,170.30 | $585.15 | $585.15 | $0.00 | $0.00 | $0.00 | | $3,972.39 | $4,095.96 | -$123.57 |
| Dec 2016 | $0.00 | $585.15 | -$585.15 | $0.00 | $0.00 | $0.00 | | $3,972.39 | $4,681.11 | -$708.72 |
| Jan 2017 | $585.15 | $585.15 | $0.00 | $3,031.19 | $3,059.83 | -$28.64 | HAMILTON COUNTY (W) | $1,526.35 | $2,206.43 | -$680.08 |
| Feb 2017 (estimate) | $585.15 | $585.15 | $0.00 | $0.00 | $0.00 | $0.00 | | $2,111.50 | $2,791.58 | -$680.08 |
| Mar 2017 (estimate) | $585.15 | $585.15 | $0.00 | $1,018.63 | $1,018.63 | $0.00 | ALLSTATE INSURANCE | $1,678.02 | $2,358.10 | -$680.08 |
| Totals | $5,252.03 | $4,681.20 | $570.83 | $4,049.82 | $4,078.46 | -$28.64 | | | | |

Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A. ©2016 Wells Fargo Bank, N.A. All rights reserved.
NMLSR ID 399801  9/16

EQUAL HOUSING LENDER