**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Jeffery P. Hopkins
United States Bankruptcy Judge

**Dated: June 26, 2019**

_____

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

In re:                                                           :         Case No. **1:16-bk-12573**
                                                                           Chapter 13
**Jason Dwayne Marsh**                            :
**Julie Lynn Marsh**                                           Judge Jeffery P. Hopkins
                                                                 :
        Debtors.                                                 **AGREED ORDER GRANTING**
                                                                 :   **MOTION TO MODIFY PLAN**

   This matter is before the Court pursuant to Debtors' Motion to Modify Plan (Doc. 55) and the Trustee's Objection thereto. The Chapter 13 Trustee, Margaret A. Burks, and Debtors' counsel agree to the following:

1. Trustee hereby withdraws her objection to Debtors' motion to modify plan.

2. Debtors' motion to modify plan is granted with the following conditions:

   a. The plan percentage shall decrease to 8%.

   b. The plan payment shall be decreased to $40.00 for the remaining months of the plan.

   c. The plan length shall remain 60 months.

   d. Debtors shall file a status regarding debtor husband's employment by August 30, 2019, and every three months thereafter, until such time as debtor husband is re-employed, at which

time a subsequent motion to modify the plan, together with amended Schedules I and J, shall be filed.

IT IS SO ORDERED.

AGREED:

**/s/ Margaret A. Burks, Esq.**

_____
Margaret A. Burks, Esq.
Chapter 13 Trustee
Attorney Reg. No.  OH 0030377

Francis J. DiCesare, Esq.
Staff Attorney
Attorney Reg. No.  OH  0038798

Tammy Stickley, Esq.
Staff Attorney
Attorney Reg. No.  OH

600 Vine Street #2200
Cincinnati, OH  45202
(513) 621-4488
(513) 621-2643 (facsimile)
mburks@cinn13.org  Correspondence only
fdicesare@cinn13.org
tstickley@cinn13.org


**/s/ Daniel S. Zegarski**

_____
Daniel S. Zegarski (0065562)
STEIDEN LAW OFFICES
411 Madison Avenue
Covington, KY 41011
(513) 888-8888
(513) 684-9910  (Facsimile)
dzegarski@steidenlaw.com


Copies to:
Default List