UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION DIVISION

IN RE:  　　　　　　　　　　　　　　　　　　　　CASE NO. 16-12573
　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER 13
JASON DWAYNE MARSH
JULIE LYNN MARSH  　　　　　　　　　　　　　　JUDGE JEFFERY P. HOPKINS

　　　　DEBTORS  　　　　　　　　　　　　　　　　**NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Margaret A. Burks files this Notice of Final Cure Payment. The amount listed below has not been paid by the Trustee. Pursuant to Agreed Order Resolving Objection to Confirmation of Plan on 9/22/2016 (doc. 28), the arrearage on Creditor's Proof of Claim is reduced to $0.

**Name of Creditor:** WELLS FARGO BANK

**Final Cure Amount**

| Court Claim # | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 1 | 8551 | $2,560.65 | $0.00 | $0.00 |
| Total Amount Paid by Trustee | | | | $0.00 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___ Through the Chapter 13 Conduit          **X** Direct by the Debtors

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtors, Debtors' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtors have paid the amount as stated above; and 2) whether the Debtors are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 16-12573

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served **electronically** on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and

by **ordinary U.S. Mail** on July 30, 2019 addressed to:

JASON DWAYNE MARSH, JULIE LYNN MARSH, 7229 AUSTIN WOODS LANE, CINCINNATI, OH  45227


WELLS FARGO BANK, 1000 BLUE GENTIAN ROAD, N9286-01Y, EAGAN, MN  55121

/s/ MARGARET A BURKS, TRUSTEE
MARGARET A BURKS, TRUSTEE
CHAPTER 13 TRUSTEE
600 VINE, SUITE 2200
CINCINNATI, OH  45202