**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Beth A. Buchanan
United States Bankruptcy Judge

**Dated: November 6, 2020**

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. **1:16-bk-12573** |
| | | Chapter 13 |
| **Jason Dwayne Marsh** | : | |
| **Julie Lynn Marsh** | | Judge Beth A. Buchanan |
| | : | |
| Debtors. | | **AGREED ORDER GRANTING** |
| | : | **MOTION TO MODIFY PLAN (DOC. 73)** |

This matter is before the Court pursuant to Debtors' Motion to Modify Plan (Doc. 73) and the Trustee's objection (Doc. 75) thereto. The Chapter 13 Trustee, Margaret A. Burks, and Debtors' counsel agree to the following:

1. The parties note that, following Debtor Jason Marsh's return to employment, Debtors have been able to bring payments on their home mortgage loan current, which payments had been temporarily suspended by the lender, in connection with relief related to COVID-19, under the CARES Act.

2. Trustee hereby withdraws her objection to Debtors' motion to modify plan.

3. Debtors' motion to modify plan is granted with the following conditions:

    a. The plan percentage shall increase to 19.5%.

    b. The plan payment shall be increased to $2,300.00 for the remaining months of the plan.

    c. The plan length shall remain 60 months.

  d. Debtors shall complete and pay off the Chapter 13 Plan no later than August, 2021, which is the 60th month from confirmation of Debtors' plan.

  e. Debtors confirm that their direct pay mortgage payments are current through October, 2020.

IT IS SO ORDERED.

AGREED:

**/s/ Margaret A. Burks, Esq.**
_____
Margaret A. Burks, Esq.
Chapter 13 Trustee
Attorney Reg. No.  OH  0030377

Francis J. DiCesare, Esq.
Staff Attorney
Attorney Reg. No.  OH  0038798

Tammy Stickley, Esq.
Staff Attorney
Attorney Reg. No.  OH 0090122

600 Vine Street #2200
Cincinnati, OH  45202
(513) 621-4488
(513) 621-2643 (facsimile)
mburks@cinn13.org  - Correspondence only
fdicesare@cinn13.org
tstickley@cinn13.org


**/s/ Daniel S. Zegarski**
_____
Daniel S. Zegarski (0065562)
STEIDEN LAW OFFICES
411 Madison Avenue
Covington, KY 41011
(513) 888-8888
(859) 800-3299  (Facsimile)
dzegarski@steidenlaw.com

Copies to:  Default List